UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
COLLEEN M. DELANEY,  :
:
                Plaintiff,  :
:
  -against-  :
:  No. 1:19-cv-04085 (JSR)
THOMAS FORTUNE FAY et al.,  :
:
                Defendants.  :
:
:
:
------------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Matthew D. McGill, a partner in the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Thomas Fortune Fay, Fay Law Group, P.A., and Fay and Perles FSIA Litigation Partnership, and requests that all subsequent papers be served upon him at the address indicated below.

    Please add the following to the service list for this proceeding:

> Matthew D. McGill, Esq. (mmcgill@gibsondunn.com)
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue N.W.
> Washington D.C. 20036-5306
> Telephone:  202.887.3680
> Facsimile:  202.530.9662

Dated:   June 4, 2019                    GIBSON, DUNN & CRUTCHER LLP

                                     By:   /s/ Matthew D. McGill
                                          Matthew D. McGill (mmcgill@gibsondunn.com)
                                          New York Bar No. 3960770
                                          1050 Connecticut Avenue N.W.
                                          Washington D.C. 20036-5306
                                          Telephone:  202.877.3680
                                          Facsimile:  202.530.9662

                                          *Counsel for Thomas Fortune Fay, Fay Law Group, P.A., and Fay and Perles FSIA Litigation Partnership*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of June, 2019, I caused a copy of the foregoing document to be served electronically on all counsel of record via operation of the Court's CM/ECF system.

By:   /s/ Matthew D. McGill
      Matthew D. McGill (mmcgill@gibsondunn.com)