UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
COLLEEN M. DELANEY,
:
              Plaintiff,
:
   -against-
:   No. 1:19-cv-04085 (LAP)
:
THOMAS FORTUNE FAY et al.,
:   **STIPULATION AND [PROPOSED]**
:   **ORDER EXTENDING TIME TO**
              Defendants.
:   **RESPOND TO COMPLAINT**
:
:
-----------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendants may move, answer, or otherwise respond to the Complaint is hereby extended up to and including July 12, 2019.

      No provision of this Stipulation and Order shall be construed as a waiver of any party's claims or defenses and each party expressly reserves any and all of the same.

      The original deadline for Defendants to respond to the Complaint was June 13, 2019. *See* ECF Nos. 6-14. On June 5, 2019, the parties agreed to extend Defendants' time to respond to the Complaint to July 12, 2019. On June 10, 2019, the parties called the Chambers of the Honorable Jed S. Rakoff, who originally presided over this case, to seek the Court's permission to file a joint stipulation to extend Defendants' time to respond to the Complaint, as required under Judge Rakoff's Individual Rules of Practice. *See* ECF Minute Entry (June 10, 2019). Judge Rakoff then set an initial conference for July 1, 2019, to discuss scheduling matters. *Id.*

On June 20, 2019, this case was accepted as related to *Peterson et al. v. Islamic Republic of Iran et al.*, No. 1:10-cv-04518-LAP, and reassigned to the Honorable Loretta A. Preska. *See* ECF Minute Entries (June 20, 2019). This Court has not issued a scheduling order.

There has been no previous request for an extension of time to respond to the Complaint. All parties consent to this request for extension.

Dated: July 1, 2019

| | |
|---|---|
| /s/ Matthew D. McGill<br>Matthew D. McGill<br>Chantale Fiebig<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: 202-955-8500<br>Facsimile: 202-467-0539<br><br>*Attorneys for Thomas Fortune Fay, Fay Law Group, P.A., and Fay and Perles FSIA Litigation Partnership* | /s/ Peter C. Buckley<br>Peter C. Buckley<br>Caroline A. Morgan<br>FOX ROTHSCHILD, LLP<br>101 Park Avenue, Suite 1700<br>New York, NY 10178<br>Telephone: 212-878-7900<br>Facsimile: 212-692-0940<br><br>*Attorney for Allen L. Rothenberg and Rothenberg Law Firm, LLP* |
| /s/ Marc R. Thompson<br>Marc R. Thompson<br>PULVERS, PULVERS & THOMPSON, LLP<br>950 Third Avenue, 11th Floor<br>New York, NY 10022<br>Telephone: 212-355-8000<br>Facsimile: 212-355-9000<br><br>*Attorney for Colleen M. Delaney* | /s/ Douglas M. Bregman<br>Douglas M. Bregman<br>Geoffrey T. Hervey<br>BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC<br>7315 Wisconsin Avenue, Suite 800 West<br>Bethesda, MD 20814<br>Telephone: 301-656-2707<br>Facsimile: 301-961-6525<br><br>*Attorneys for Steven R. Perles, Perles Law Firm, P.C., and Fay and Perles FSIA Litigation Partnership* |

SO ORDERED:

_____
The Honorable Loretta A. Preska
United States District Judge