UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
COLLEEN M. DELANEY,                                          :
:
Plaintiff,         :
:
-against-                         :
: No. 1:19-cv-04085 (LAP)
THOMAS FORTUNE FAY et al.,                                   :
:
Defendants.        :
:
:
:
------------------------------------------------------------x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint and the Rothenberg Defendants' Supplemental Memorandum of Law in Support of Motion to Dismiss, dated July 12, 2019, and such other papers and proceedings as may be filed or had herein, Defendants Thomas Fortune Fay, Fay Law Group, P.A., Steven R. Perles, Perles Law Firm, P.C., Allen L. Rothenberg, The Rothenberg Law Firm, LLP, and Fay and Perles FSIA Litigation Partnership, by and through undersigned counsel, hereby move this Court, before the Honorable Loretta A. Preska, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12A, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court deems appropriate.

Dated: July 12, 2019

/s/ Caroline A. Morgan
Peter C. Buckley, NY Bar No. 4825485, *admission pending*
Caroline A. Morgan, NY Bar No. 4609012
FOX ROTHSCHILD, LLP
101 Park Avenue, Suite 1700
New York, NY 10178
Telephone: 212-878-7900
Facsimile: 212-692-0940
pbuckley@foxrothschild.com
cmorgan@foxrothschild.com

*Counsel for Allen L. Rothenberg and The Rothenberg Law Firm, LLP*

/s/ Douglas M. Bregman
Douglas M. Bregman, *admitted pro hac vice*
Geoffrey T. Hervey, *admitted pro hac vice*
BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814
Telephone: 301-656-2707
Facsimile: 301-961-6525
dbregman@bregmanlaw.com
ghervey@bregmanlaw.com

*Counsel for Steven R. Perles, Perles Law Firm, P.C., and Fay and Perles FSIA Litigation Partnership*

Respectfully submitted,

/s/ Matthew D. McGill
Matthew D. McGill, NY Bar No. 3960770
Chantale Fiebig, NY Bar No. 4498135
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-955-8500
Facsimile: 202-467-0539
mmcgill@gibsondunn.com
cfiebig@gibsondunn.com

*Counsel for Thomas Fortune Fay, Fay Law Group, P.A., and Fay and Perles FSIA Litigation Partnership*