**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
COLLEEN M. DELANEY,
                      Plaintiff,

    -against-                                    19 **CIVIL** 4085 (LAP)

## JUDGMENT

THOMAS FORTUNE FAY, et al.,
                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 3, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed, and all pending motions are denied as moot.

**Dated:** New York, New York
           February 5, 2020

                                                      RUBY J. KRAJICK
                                                      Clerk of Court
                                            BY:
                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/5/2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020