# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

COLLEEN M. DELANEY,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:19 CV 04085 (LAP)( )

-against-

**NOTICE OF APPEAL**

THOMAS FORTUNE FAY et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: COLLEEN M. DELANEY

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: February 5, 2020

(date that judgment or order was entered on docket)

that: Defendants' motion to dismiss the complaint was granted as the court determined that the claim was at most a breach of an oral agreement which could not be performed within one year, thus was barred by the statute of Frauds.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

February 20, 2020
Dated

Signature

Marc R. Thompson
Name (Last, First, MI)

950 Third Ave. 11th Fl. New York NY 10022
Address / City / State / Zip Code

212-355-8000
Telephone Number

MThompson@pulversthompson.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13